PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **William Upchurch**                                    Docket No. **07-345**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Michele Dwyer** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **William Upchurch**, who was placed under pretrial release supervision by the **Honorable Ronald J. Hedges** sitting in the Court at Newark, New Jersey, on January 9, 2007, under the following conditions:

1. Defendant's mother, Lau Paul, to serve as Third Party Custodian.
2. Pretrial Services supervision.
3. Defendant to reside with Third Party Custodian.
4. Drug testing and treatment as deemed appropriate by Pretrial Services.
5. Travel restricted to Essex County and Morris County in New Jersey.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **that a warrant be issued and lodged against the defendant as a detainer**.

ORDER OF COURT

Considered and ordered this ___/___ day of _August 200_7_ and ordered filed and made a part of the records in the above case.

_____
Honorable Peter G. Sheridan
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____
Michele Dwyer
U.S. Pretrial Services Officer

PS 10
(8/88)

# United States District Court
## for the
## District of New Jersey

U.S.A. vs William Upchurch                                    Docket No. 07-345

TO: [1]Any United States Marshal or any agent of the FBI

| WARRANT FOR ARREST OF DEFENDANT | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. | | | |
| NAME OF DEFENDANT<br>**William Upchurch** | SEX<br>Male | RACE<br>Black | AGE<br>36 |
| ADDRESS(STREET, CITY, STATE)<br>**Currently Incarcerated: Hudson County Jail, Kearny, New Jersey**<br>**Street Address: 35 Manor Drive, Apt. #5A, Newark, New Jersey** | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>**Honorable Peter G. Sheridan, Newark, New Jersey** | | | |
| CLERK | (BY) DEPUTY CLERK | | DATE<br>8/1/07 |

| RETURN | | |
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

---

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <district name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."