CR. 07-345 (PGS)

12-13-09

Dear the Honorable Judge Peter Sheridan my name is William Upchurch I was before you on 10-31-07 you imposed my restitution of $356,217.07 which I am paying on every month through my prison issued job and also you imposed a $500.00 a month payment when I come home and to consider the job market and I will be coming out of prison the job I obtain may not alow me to live up to the monthly fine payment of $500.00 and still financially take care of children which one is underage and myself I am humbly and respectfully asking you can you bring my monthly payment down to something more payable so I do not fall behind so I will have no reason to come back in front of you because I can not afford to make the payment's because there are not to many good paying job's for people coming home from prison so if there is anything you can do I will be greatly appreciated thank you for your time to read my request

William Upchurch

12/21/09
So Ordered
The request is denied at present. Once Mr. Upchurch is released a probation officer will be assigned to him, and his request to reduce his restitution amount may be presented to the probation officer for a recommendation.

Peter M Sheridan



NAME: William Welwein
REGISTER NO. 28422-050
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
OTISVILLE, NY 10963

WESTCHESTER NY 105
14 DEC 2009 PM 5 T

28422-050
US DISTRIC COURT
Judge Peter Shridan
50 Walnut st
Newark, NJ - 07104
United States